**MONSANTO COMPANY,**
**Plaintiff–Appellant,**

v.

**MYCOGEN CORPORATION,**
**Defendant–Appellee.**

No. 05–1178.

United States Court of Appeals,
Federal Circuit.

Jan. 23, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).